# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

FILED ✓    LODGED ___
RECEIVED ___    COPY ___
AUG 2 9 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| Daniel T. Doria | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. **CV25-08180-PCT-JJT** |
| DoorDash Inc. | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I am a full-time masters student at Western Governors University (WGU). I borrow $20,500 dollars per year to pay tuition and bills, and baby-sit dogs for about $5,000 annually. I receive $291 per month in foodstamps from the State of Arizona.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv P 5.4
(Rule Number/Section)

4. Amount of money that I have in cash or in a checking or savings account:   $ _____725.00_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
I live in a '99 Fleetwood prowler owned by my dogsit business, vaued at $800. I drive a 2012 Prius owned by my dogsit business, valued at approximately $3,200.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Power-$200 Cellphone& Internet-$120 Additional food-$200 Dog food and treats-$100

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
I live alone and support no others.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
$6000 in bad credit card debt.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:   08/24/2025                                                      _____
                                                                                            *Applicant's signature*

                                                                                            Daniel T. Doria
                                                                                            *Printed name*